

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2025

No. 04-25-00038-CV

Claudia **CHAVEZ**,
Appellant

v.

**ALLIED TRUST INSURANCE COMPANY**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI06083
Honorable John D. Gabriel Jr., Judge Presiding

**ORDER**

Sitting:      Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, we GRANT appellee's motion to dismiss for lack of jurisdiction and DISMISS this appeal. Costs of appeal are taxed against appellant.

It is so **ORDERED** on August 13, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2025.

_____
Caitlin A. McCamish, Clerk of Court